# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

TERRANCE GARNDER

    v.

CAPTIAL ONE AUTO FINANCE, INC.                    No. CV425-101

## ORDER

Plaintiff filed a Motion to Reconsider the Denial of his Temporary Restraining Order and Preliminary Injunction (Dkt. No. 12) seeking relief, including a return of a vehicle repossessed by Defendant. The Court held a hearing on said Motion on July 7, 2025. At the hearing, Defendant confirmed that it no longer has possession of the vehicle. Accordingly, the Motion to Reconsider is **DENIED**. Plaintiff's claim for damages remains.

**SO ORDERED**, this 7th day of July, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA